IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | | |
|---|---|---|
| **STEVEN L. HACKNEY,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:21CV00011 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **KILOLO KIJAKAZI,** | ) | JUDGE JAMES P. JONES |
| **ACTING COMMISSIONER** | ) | |
| **OF SOCIAL SECURITY,** | ) | |
| | ) | |
| Defendant. | ) | |

No objections have been timely filed to the Report filed May 17, 2022, setting forth the findings and recommendations of the magistrate judge, and it appearing proper, it is **ORDERED** as follows:

1. The Report and its findings and recommendations are wholly ACCEPTED and APPROVED;

2. The Defendant's Motion for Summary Judgment is DENIED; and

3. The Commissioner's final decision will be vacated and the case remanded for further development in accord with the Report.

A final judgment will be entered herewith.

ENTER: June 3, 2022

/s/ JAMES P. JONES
Senior United States District Judge